**Shannone Wayne McCLINTICK, Petitioner–Appellant,**

v.

**Dean R. WALKER, Superintendent; Roy Allen Cooper, Attorney General of the State of North Carolina, Respondents–Appellees.**

No. 01–6557.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Oct. 15, 2001.

Charles Robinson Brewer, Asheville, NC, for appellant. Clarence Joe Del-Forge, III, Michael F. Easley, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before MICHAEL, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Shannone Wayne McClintick seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny McClintick's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *McClintick v. Walker,* No. CA–97–316–1–4MU (W.D.N.C. filed Mar. 30, 2001; entered Apr. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*